```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 09184
    JUAN G DELGADO
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-0555

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 04/15/2008 and was confirmed 08/11/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors   1.00%.

    The case was dismissed after confirmation 02/23/2009.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
NATIONAL CAPITAL MGMT    SECURED NOT I       52.20            .00           52.20
NATIONAL CAPITAL MGMT    UNSECURED         2636.00            .00             .00
DB50 HVAC TRUST          NOTICE ONLY      NOT FILED           .00             .00
SELECT PORTFOLIO SERVICI CURRENT MORTG         .00            .00             .00
SELECT PORTFOLIO SERVICI SECURED NOT I         .00            .00             .00
FIRST FRANKLIN LOAN SERV MORTGAGE NOTI   NOT FILED            .00             .00
FIRST FRANKLIN           MORTGAGE NOTI   NOT FILED            .00             .00
FIRST FRANKLIN MTG       CURRENT MORTG         .00            .00             .00
FIRST FRANKLIN MTG       SECURED NOT I         .00            .00             .00
FIRST FRANKLIN MTG       UNSECURED       NOT FILED            .00             .00
GREAT AMERICAN FINANCE   SECURED               .00            .00             .00
TOYOTA MOTOR CREDIT CORP SECURED NOT I         .00            .00             .00
TOYOTA MOTOR CREDIT CORP NOTICE ONLY     NOT FILED            .00             .00
APPLIED CARD BANK        UNSECURED       NOT FILED            .00             .00
ECAST SETTLEMENT CORP    UNSECURED          926.91            .00             .00
COMMUNITY HOSPITAL OUTPA UNSECURED          220.81            .00             .00
ELMHURST MEMORIAL HOSPIT UNSECURED       NOT FILED            .00             .00
PRA RECEIVABLES MGMT     UNSECURED          513.00            .00             .00
GREAT AMERICAN FINANCE   UNSECURED       NOT FILED            .00             .00
INGALLS MIDWEST EMERGENC UNSECURED       NOT FILED            .00             .00
MONOGRAM BANK USA        UNSECURED       NOT FILED            .00             .00
NICOR GAS                UNSECURED       NOT FILED            .00             .00
MEDICAL SPECIALISTS      UNSECURED           91.70            .00             .00
SALLIE MAE INC           UNSECURED         6387.97            .00             .00
TCF FINANCIAL SERVICES   UNSECURED       NOT FILED            .00             .00
CHRISTINA WILSON         NOTICE ONLY     NOT FILED            .00             .00
CHRISTINA WILSON         NOTICE ONLY     NOT FILED            .00             .00
CHRISTINA WILSON         NOTICE ONLY     NOT FILED            .00             .00
GREAT AMERICAN FINANCE   UNSECURED       NOT FILED            .00             .00
TOYOTA MOTOR CREDIT CORP UNSECURED         9847.88            .00             .00
SELECT PORTFOLIO SERVICI COST OF COLLE        .00             .00             .00
ZALUTSKY & PINSKI LTD    DEBTOR ATTY      3,454.00                         1,761.13

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 09184 JUAN G DELGADO
```

```
TOM VAUGHN                  TRUSTEE                                  157.67
DEBTOR REFUND               REFUND                                      .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE               1,971.00

PRIORITY                                              .00
SECURED                                             52.20
UNSECURED                                             .00
ADMINISTRATIVE                                   1,761.13
TRUSTEE COMPENSATION                               157.67
DEBTOR REFUND                                         .00
                      ---------------       ---------------
TOTALS                1,971.00                   1,971.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/26/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE